```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 04002
    DUMAZ ATKINS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-9083

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/11/2006 and was confirmed 07/06/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/02/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------
CREDIT ACCEPTANCE CORP    SECURED          4775.00         574.17       2107.86
CREDIT ACCEPTANCE CORP    UNSECURED        8027.57            .00        599.13
AMERICAN COLLECTION CO    UNSECURED       NOT FILED           .00            .00
AMERICREDIT FINANCIAL SV  UNSECURED       14195.71            .00       1059.49
CB USA                    UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED        4728.31            .00        352.90
FNB BROOKINGS             UNSECURED       NOT FILED           .00            .00
PREMIER BANCARD CHARTER   UNSECURED         195.63            .00            .00
NATIONWIDE CASSEL         UNSECURED       NOT FILED           .00            .00
NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED           .00            .00
AMERICREDIT FINANCIAL SV  SECURED NOT I    6350.00            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,335.20                     2,335.20
TOM VAUGHN                TRUSTEE                                         444.39
DEBTOR REFUND             REFUND                                           15.86

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                7,489.00

PRIORITY                                              .00
SECURED                                          2,107.86
    INTEREST                                       574.17
UNSECURED                                        2,011.52
ADMINISTRATIVE                                   2,335.20
TRUSTEE COMPENSATION                               444.39
DEBTOR REFUND                                       15.86
                       --------------        --------------
TOTALS                 7,489.00                  7,489.00


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 04002 DUMAZ ATKINS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 04002 DUMAZ ATKINS